**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **VICTORIA LECHLER,** | § | |
|     **Plaintiff,** | § | |
| | § | **Civil Action No.** |
| **v.** | § | **DR-25-CV-00088-AM-JAC** |
| | § | |
| **UNION PACIFIC RAILROAD,** | § | |
|     **Defendant.** | § | |
| | § | |

## REPORT AND RECOMMENDATION

To the Honorable Alia Moses, Chief United States District Judge:

On November 20, 2025, Plaintiff Victoria Lechler filed suit against Defendant Union Pacific Railroad, bringing employment discrimination claims. The case was referred to the undersigned pursuant to 28 U.S.C. § 636 for all pretrial matters. The undersigned now issues this report and recommendation, recommending that the case be dismissed without prejudice for failure to timely effect service.

### I. DISCUSSION

Rule 4(m) of the Federal Rules of Civil Procedure states:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

After no activity in the case for several months, the undersigned issued a show cause order on March 31, 2026, giving Plaintiff until April 20, 2026, to file proof of service or demonstrate good cause as to why service has not been effected. Dkt. No. 5. Plaintiff was warned that if she

failed to do so, the undersigned would recommend that her case be dismissed without prejudice pursuant to Rule 4(m).  *Id*.  Plaintiff did not respond.

Therefore, in accordance with 28 U.S.C. § 636, the undersigned **RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 4(m), for failure to timely effect service.

## II. NOTICE

The United States District Clerk shall serve a copy of this report and recommendation on the parties by electronic transmittal and/or by certified mail, return receipt requested.  Pursuant to 28 U.S.C. § 636(b)(1), any party who wishes to object to this report and recommendation may do so within fourteen days after being served with a copy.  Failure to file written objections to the findings and recommendations contained in this report shall bar an aggrieved party from receiving a de novo review by the district court of the findings and recommendations contained herein, *see* 28 U.S.C. § 636(b)(1)(c), and shall bar an aggrieved party from appealing "the unobjected-to proposed factual findings and legal conclusions accepted by the district court," except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996).  The Clerk shall also terminate this referral.

**SIGNED** this 30th day of April, 2026.

JOSEPH A. CORDOVA
UNITED STATES MAGISTRATE JUDGE

2